IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00165-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MARK FINNEY,

        Defendant.

---

**ORDER**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the

United States Marshal's Service requiring said United States Marshal to produce said

defendant before United States Magistrate Judge, as soon as practicable, for proceedings

and appearances upon the charge set forth in the indictment, and to hold him at all times

in his custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution wherein he is

now confined.

SO ORDERED this 13th day of July, 2009.

                                      S/John L. Kane
                                     John L. Kane
                                     UNITED STATES DISTRICT JUDGE