IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-165-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.  MARK FINNEY,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The court has reviewed the Status Report filed by defendant (doc. #22), on November 6, 2009.  This matter is set for a Status Conference on **December 16, 2009 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  November 9, 2009