IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-165-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARK FINNEY,**

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Counsel for the defendant and the government are directed to review the *pro se* filing submitted by the defendant (doc. #49), on October 8, 2010. Counsel shall confer and advise the court if court action is required no later than October 25, 2010.

---

Dated:  October 14, 2010