IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-165-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. MARK FINNEY,**

        Defendant.

## MINUTE ORDER

**Judge John L. Kane, ORDERS**

Defendant shall file a status report by November 19, 2010 updating me on the status of Defendant's request for prescription eyeglasses, described in Defendant's Motion for Medical Exam/Treatment..

DATED:  November 15, 2010