UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00165-JLK

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**MARK FINNEY**

        **Defendant.**

___

**UNOPPOSED MOTION TO DETERMINE COMPETENCY OF DEFENDANT PURSUANT TO TITLE 18 U.S.C 4241(a)**
___

Comes now undersigned counsel, Ronald Gainor, who files this Unopposed Motion to Determine Competency of Defendant Pursuant to Title 18 U.S.C. Section 4241(a) and in support, would allege the following:

1. The defendant is charged with one count of possession of a firearm by a previously convicted felon, in violation of 18 U.S.C. Sections 922(g) (1) and 924(a) (2).

2. Sentencing in this matter is currently set February 17, 2011 at 10:00 a.m. before this Honorable Court.

3. During the course of representation, counsel has had the opportunity to closely observe the defendant. During these periods of observation, counsel has noted *many* examples of behavior which lead counsel to seriously question the competency of the defendant. These

observed behaviors include the aftermath of self–mutilation and self-reported suicide attempts, thought disorders and other transient psychotic episodes.

4. Undersigned counsel's expert, Dr. Thomas J. Barr, Ph.D., has confirmed counsel's observations and has further opined that the defendant "showed extensive scaring from self-mutilation which is indicative of a personality disorder and also possible transient psychotic episodes." Dr Barr further believes that the defendant may suffer from a dissociative identity disorder or 'alter personality' and that he has significant mental health problems including a thought disorder and a significant mood disturbance.

5. Counsel and Dr. Barr's observations are further confirmed by recent statements of a significant other, letters from another inmate as well as letters written by the defendant himself.

6. In short, counsel believes that the defendant may not be competent to be sentenced in this matter. Counsel is also concerned the defendant may continue to hurt himself because of his mental condition.

7. Based on these circumstances, requests that this Honorable Court order a hearing pursuant to Title 18 U.S.C. Section 4241(a) and, prior to any hearing, appoint one or more experts to conduct a psychiatric or psychological examination and report.

8. Assistant U. S. Attorney Mark J. Barrett has no objection to the appointment of one or more experts and a competency hearing based on the representations of counsel and pursuant to the procedure outlined in Title 18 U.S.C. Section 4241(a).

WHEREFORE, based on the above and foregoing, undersigned counsel for defendant Mark Finney, respectfully requests that this Honorable Court enter an Order setting a competency hearing pursuant to Title 18 U.S.C. Section 4241(a). Prior to any hearing,

counsel would also ask for the appointment or one or more experts who would be tasked with conducting a psychiatric or psychological examination and preparing a report for the parties and the Court

Dated this 3rd day of January, 2011

                                        Respectfully submitted,
                                         s/ Ronald Gainor
                                        RONALD GAINOR
                                        6414 Fairways Drive
                                        Longmont, CO 80503
                                        (303) 448-9646
                                        (303) 447-0930 (fax)
                                        Gains_2000@hotmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 3, 2011, I filed the foregoing Unopposed Motion to Determine Competency of Defendant with the Clerk of Court using the CM/ECF system which will send notification of said filing to the Court and to the following attorney of record in this case:

Mark J. Barrett
Mark.barrett@usdoj.gov

     **s/Ronald Gainor**