IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **09-cr-00165-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MARK FINNEY**,

    Defendant.

---

ORDER

---

Kane, J.

    This matter comes before me on Defendant's Unopposed Motion to Determine Competency of Defendant Pursuant to Title 18 U.S.C. 4241(a) (doc. 63).  Because I find there to be reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Defendant's motion is GRANTED.

    Pursuant to Defendant's motion and my authority under 18 U.S.C. § 4241(b), I am appointing Dr. Richard Martinez, Forensic Psychiatrist, to perform a psychiatric evaluation of Defendant.  Defendant shall submit to an examination by Dr. Richard P. Martinez, 777 Bannock Street, Denver, CO 80204 for the purpose of determining his competency to be sentenced in this matter.

    Defendant shall be examined at the Jefferson County Detention Facility.  Dr. Martinez is authorized to contact Ronald Gainer at 303-448-9646 and La Fonda R. Jones at 303-294-7002,

attorneys for Defendant to request copies of any records or reports Dr. Martinez determines are necessary for his evaluation.

The Clerk of the Court is directed to fax a copy of this Order to Dr. Martinez at 303-436-3391, and to mail a copy of the order to Dr. Martinez at 1155 Cherokee Street, Unit # 18, Mail Code 3440, Denver, CO 80204. The Clerk of the Court shall also serve a copy of this Order on the United States Marshal and defense counsel of record.

DATED:  January 12, 2010                         BY THE COURT:

                                                                /s/ John. L. Kane

                                                                Senior United States District Judge