IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-165-JLK**

**UNITED STATES OF AMERICA,**

                Plaintiff,

v.

**1.      MARK FINNEY,**

                Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      The Sentencing Hearing set for March 17, 2011 is **VACATED**.  A Hearing on the

Competency Evaluation is set for **March 17, 2011 at 2:00 p.m.** in Courtroom A802, Alfred

A. Arraj U.S. Courthouse, 901 19th Street.   Sentencing will be reset at that time.

---

Dated:  February 23, 2011