IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-165-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARK FINNEY,**

        Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

The Competency Hearing is reset for **April 11, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  March 21, 2011