IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-165-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MARK FINNEY,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Status Conference set for May 27, 2011 is **VACATED AND RESET** for **July 22, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  May 25, 2011